UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

UNITED STATES OF AMERICA,          :      25-Cr-576 (SHS)

       -against-               :

CAESAR HERNANDEZ,          :      **ORDER**

             Defendant.    :

--------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     IT HEREBY ORDERED that the conference regarding defendant's motion to appoint CJA counsel [Doc. No. 112] is adjourned to June 25, 2026, at 11:30 a.m.

Dated: New York, New York
      June 22, 2026

                    SO ORDERED:

                    _____
                      Sidney H. Stein, U.S.D.J.