UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

UNITED STATES OF AMERICA,             :      25-Cr-576 (SHS)

          -against-                  :

CAESAR HERNANDEZ,              :      ORDER

               Defendant.      :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    At the request of defendant,

    IT HEREBY ORDERED that Richard Palma is relieved, and Sabrina Shroff, the CJA attorney on duty today, is appointed to represent defendant in this matter.

Dated: New York, New York
       June 25, 2026

                       SO ORDERED:

                       Sidney H. Stein, U.S.D.J.